**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERNEST MILLER, JR.,                              No. C 07-4766 SI (pr)

      Plaintiff,                              **ORDER OF TRANSFER**

    v.

CDC WARDEN; et al.,

      Defendants.
_____/

    Ernest Miller, Jr., filed this civil rights action under 42 U.S.C. § 1983, complaining of acts and omissions that occurred at the California Substance Abuse Treatment Facility and State Prison in Corcoran, California. Corcoran is in Kings County, within the venue of the Eastern District of California. The defendants, all of whom allegedly are employed at the prison, also apparently reside in the Eastern District of California. Venue therefore properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

    IT IS SO ORDERED.

Dated: September 20, 2007

                              _____
                                SUSAN ILLSTON
                       United States District Judge