**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

---

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

September 21, 2007

USDC for the Eastern District of California  
Clerk's Office  
4-200 United States Courthouse  
5-1 I Street  
Sacramento, CA 95814-2322

RE: CV 07-04766 SI   ERNEST MILLER JR.-v-CDC WARDEN AND STAFF

Dear Clerk,

      Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

      ☒      Certified copy of docket entries.

      ☒      Certified copy of Transferral Order.

      ☒      Original case file documents.

      ☒      Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

      Please acknowledge receipt of the above documents on the attached copy of this letter.

                Sincerely,  
                RICHARD W. WIEKING, Clerk

                /s/

                by:  <u>Yumiko Saito</u>  
                Case Systems Administrator

Enclosures  
Copies to counsel of record