**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

September 21, 2007



**FILED**

OCT 01 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

**FILED**

SEP 27 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

USDC for the Eastern District of California
Clerk's Office
4-200 United States Courthouse
5-1 I Street
Sacramento, CA 95814-2322

1:  07 CV 01416 LJO DB PC

RE: CV 07-04766 SI   ERNEST MILLER JR.-v-CDC WARDEN AND STAFF

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒  Certified copy of docket entries.

☒  Certified copy of Transferral Order.

☒  Original case file documents.

☒  Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Yumiko Saito
Case Systems Administrator

Enclosures
Copies to counsel of record