FILED
07 OCT -1 PM 4:48
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERNEST MILLER
Plaintiff,

vs.

C-D-C, CORCORAN STATE
PRISON, eT al.  Defendant.

no.# C-07-4766 SI

MOTION TO LODGE THAT PRISONER IN "PRO-SE" IS BEING MISTREATED by MIS-conduct of MAIL and Food for fileing A 1983. 42. U.S.C.

TO THE HONORABLE: CLERK OR JUDGE

PETITIONER: ERNEST MILLER in "PRO-SE" HEREbys MAKES THIS "MOTION TO LODGE" THAT HE did send out FORMS TO PROCEED in "FORMAL PAUPERIS" on SEPTEMBER 24. 2007 BY c/o MR. K. PRICE. DUE TO HE JUST got in Building on AUGUST-9-2007.

DUE TO c/o GUARDS TOLD ME in THIS Building THERE LATIN-SKIN-HEADS AND THEY Give "BLACK PRISONER'S" MAIL TO WHITE INMATES AND LATIN INMATES THIS is CORCORAN Discipline AD-SEG-SHU YOU BLACK PRISONERS CAN'T DO NOTHING ABOUT IT.

I WAS PISSING BLOOD, FOR TWO WEEKS SINCE 9-2-07 TO 9-20-2007 THE c/o GUARDS MR. c/o VIKSORD MR. c/o PRICE MR. c/o HERNANDEZ MR. c/o FRESHCURA c/o MR. CASTRO c/o MR. BRANDON All of #3rd# WATCH ARE GIVEING AWAY MY REGULAR MAIL AND LEGAL MAIL IN MY FACE. THEY ARE ALSO TAMPORING WITH MY FOOD TRAYS, EVERY TIME I EAT DINNER CHOW I GET PAIN IN MY MOUTH, JAWS AND VERY BAD HEAD ACHES ON THIRD WATCH DUE TO SOME KIND OF FOOD-POISONING. SEE LOCAL RULE 5'135 #6'136. Sincerely, Ernest Miller

DATE: 9-26-2007